UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODERICK HYMON, | ) | |
| | ) | |
| Petitioner, | ) | 2:09-cv-1124-RLH-LRL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, by Roderick Hymon, a Nevada prisoner. The matter is before the court on petitioner's request to abandon the unexhausted grounds (docket #23).

The matter previously came before the court on a motion to dismiss the petition because it contained unexhausted and procedurally defaulted claims. The court found Grounds 1, 3, 4, 6, 7, 9, 10, 12, 13, 15, 16, 18, 19, 21, 22, 24, 25, 27, 28, 30, 31, 33, 37, 39, 40, 42 and parts of 43. 44, 45 to be to be procedurally defaulted and dismissed those grounds with prejudice. The court also found grounds 2, 11, 23, 29, 35, and the remainder of grounds 43, 44, and 45 to be unexhausted in state court. *See* Order, dated June 2, 2010 (docket #20).

Petitioner has now filed his Request to Abandon the unexhausted claims. The request shall be granted. Grounds 2, 11, 23, 29, 35, and the ineffective assistance of counsel claims in grounds 43, 44, and 45 of the petition shall be dismissed with prejudice based upon this

abandonment. Respondents shall now file their Answer to the remaining grounds for relief.

IT IS THEREFORE **ORDERED** that petitioner's request to abandon the unexhausted grounds (docket #23) is **GRANTED.** Grounds 2, 11, 23, 29, 35, and the ineffective assistance of counsel claims in grounds 43, 44, and 45 of the petition are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that respondents shall have forty-five (45) days from the date of entry of this Order to file their answer to Grounds 5, 8, 14, 17, 20, 26, 38, and 40.

IT IS FURTHER **ORDERED** that petitioner shall have thirty (30)days after the filing of the answer to reply. The Clerk shall thereafter submit the file for the court's review.

Dated this ____4th____ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE